# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME WAYNE JOHNSON,<br><br>               Petitioner,<br><br>     v.<br><br>LINDA SANDERS, Warden,<br><br>               Respondent. | Case No. CV 12-0099-JAK (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

    **IT IS HEREBY ORDERED** that Respondent's Motion to Dismiss be granted and that Judgment be entered dismissing the Petition for Writ of Habeas Corpus without prejudice to Petitioner filing a new habeas petition in the Northern District of Florida only if he obtains the proper certification from the Eleventh Circuit to allow him to file a successive § 2255 motion.

DATED: May 9, 2012

                                            JOHN A. KRONSTADT
                                            UNITED STATES DISTRICT JUDGE