# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME WAYNE JOHNSON,<br><br>        Petitioner,<br><br>    v.<br><br>LINDA SANDERS, Warden,<br><br>        Respondent. | Case No. CV 12-0099-JAK (JEM)<br><br>**JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed without prejudice to Petitioner filing a new habeas petition in the Northern District of Florida only if he obtains the proper certification from the Eleventh Circuit to allow him to file a successive § 2255 motion.

DATED: May 9, 2012

                                                JOHN A. KRONSTADT
                                              UNITED STATES DISTRICT JUDGE